**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

CARLOS GONZALES,

   Defendant.

Case No. 2:22-mj-00430-VCF

**ORDER**

  IT IS THEREFORE ORDERED that the ₁Bench Trial currently scheduled for Wednesday, October 12, 2022 at 9:00 a.m., be vacated and continued to __November 16, 2022__ at the hour of _9_:_00_ _a_.m.; or to a time and date convenient to the court.

  DATED this _11_ day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3