# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:22-mj-00430-VCF |
|---|---|
| Plaintiff, | **Order** |
| v. | |
| Carlos Gonzalez, | |
| Defendant. | |

IT IS THEREFORE ORDERED the defendant having completed all the conditions of probation, that Defendant's guilty plea to Count 1 is WITHDRAWN.

IT IS FURTHER ORDERED that Count 1 of the Complaint is hereby AMENDED to a charge of Reckless Driving. Defendant pleads GUILTY to Amended Count 1 and the sentence imposed remains the same.

IT IS FURTHER ORDERED the status conference currently scheduled on December 7, 2023 at 1:30 p.m., be VACATED and this case is closed.

Dated this 21st day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3